IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Joshua Levinson<br>1660 Gales St., N.E.<br>Washington, D.C.  20002<br><br>                Plaintiff,<br><br>        v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., NW<br>Rm. 2D<br>Washington, DC 20001<br><br>                Defendant. | CASE NO. 1:22-cv-840 |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")**

To the Judges of the United States District Court for the District of Columbia:

1. On or about February 17, 2022, Plaintiff filed a complaint against WMATA in the Superior Court of the District of Columbia, in the case titled Joshua Levinson v. WMATA, Case No. 2022 CA 000785 V.

2. Defendant WMATA was formally served in this action on March 8, 2022.

3. The Complaint and information sheet filed by the Plaintiff in the Superior Court of the District of Columbia are attached.   Additionally, the Summons and Initial Order issued by the Superior Court of the District of Columbia are attached hereto.   Finally, WMATA's Answer to the complaint filed in the Superior Court of the District of Columbia is attached hereto. These documents constitute the only process, pleadings, or orders received by the Defendant WMATA in this case.

4.	This is a civil action over which this Court has original jurisdiction, pursuant to Pub. L. No. 89-774 and D.C. CODE §9-1107.10 (81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court and allows for the removal of claims against WMATA, in state court, to the this court in accordance with 28 U.S.C. §1446 (2017).

5.	Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal is being contemporaneously filed with the Clerk of the Superior Court of the District of Columbia, and mailed to Plaintiff's counsel.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

/s/   Nicholas L. Phucas
Nicholas L. Phucas #475163
Senior Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C.   20001
(202) 962-2886
(202) 962-2550 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and mailed, first class, postage prepaid this 29th day of March, 2022, to:

Justin Beall
10300 Eaton Place
Suite 200
Fairfax, Virginia   22030

/s/   Nicholas L. Phucas
Nicholas L. Phucas #475163