IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JOSHUA LEVINSON<br>1660 Gales Street NE<br>Washington DC 20002<br><br>    Plaintiff,<br><br>v.<br><br>**WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY**<br>600 5th Street, NW<br>Washington, DC 20001<br><br>SERVE:<br><br>Office of the General Counsel<br>Washington Metropolitan Area Transit Authority<br>Jackson Graham Building<br>600 Fifth Street, N.W., Room 2D-03<br>Washington, D.C. 20001<br><br>    Defendant. | Case No.: **2022 CA 000785 V** |

## COMPLAINT

COMES NOW, Plaintiff Joshua Levinson, by and through his undersigned counsel, hereby brings this action against Defendant Washington Metropolitan Area Transit Authority ("Defendant WMATA"), and in support thereof states as follows:

## JURISDICTION

1. Jurisdiction is vested in this Honorable Court under District of Columbia Code, §11-921 and §13-423 et seq., as the cause of action arose in the District of Columbia.

LAW OFFICES

KOONZ MCKENNEY

JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1

0300 EATON PLACE, SUITE 200

FAIRFAX, VIRGINIA 22030

(703) 218-4410

1

## PARTIES

2. Plaintiff Joshua Levinson is an adult resident of the District of Columbia, residing at the above-referenced address.

3. Defendant WMATA, upon knowledge, information, and belief, is the product of an interstate compact and, by the terms of its enabling legislation, is an agency and instrumentality of the District of Columbia, Maryland, and Virginia.

## FACTS

4. Plaintiff incorporates by reference all other paragraphs of this Complaint in full force and effect as if fully alleged herein, and further alleges as follows:

5. On or about January 7, 2021, Plaintiff Levinson was crossing Albemarle Street NW on a bicycle within the crosswalk near the Connecticut Avenue NW intersection in Washington, D.C., when suddenly and without warning, a Ford F250 Supercab pickup truck driven by an employee of WMATA struck Plaintiff Levinson in the marked crosswalk while attempting a left turn from Connecticut Avenue to Albemarle Street NW.

6. The vehicle that struck Plaintiff Levinson was being operated by an employee of WMATA in the scope of his employment with WMATA at the time of this incident.

7. Plaintiff Levinson was seriously injured as a result of being struck by the WMATA vehicle and experienced pain, discomfort, and inconvenience as a result of this incident. Plaintiff Levinson's injuries required extensive medical treatment, including orthopedic treatment, and he has permanent injuries to his left lower extremity as a result of this accident.

LAW OFFICES

KOONZ MCKENNEY
JHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1

0300 EATON PLACE, SUITE 200

FAIRFAX, VIRGINIA 22030

---

(703) 218-4410

8. At all times relevant hereto, Plaintiff Levinson was acting free of any and all contributory negligence.

### COUNT I – Negligence – Defendant WMATA

9. Plaintiff Levinson incorporates by reference all other paragraphs of this Complaint in same force and effect as if fully alleged herein, and further alleges as follows:

10. Defendant WMATA, by and through its employee, had a duty to act reasonably under the circumstances including, but not limited to, a duty to operate its vehicle in a safe manner and a duty to keep a lookout for pedestrians.

11. Defendant WMATA breached its duty to Plaintiff Levinson by:

   a. failing to keep a proper lookout;

   b. failing to avoid a collision with a pedestrian/cyclist;

   c. failing to operate the motor vehicle in a reasonable, careful, and prudent manner;

   d. failing to obey the traffic laws then and there in full force and effect;

   e. failing to pay full time and attention to the road;

   f. failing to yield the right of way;

   g. striking a pedestrian/cyclist in a crosswalk;

   h. failing to otherwise act as a reasonable person would under the circumstances; and

   i. failure to adhere to applicable District of Columbia traffic and motor vehicle regulations then and there in effect.

12. As a direct and proximate result of Defendant WMATA's negligence, Plaintiff Levinson sustained serious injuries; has incurred, and may continue to incur,

LAW OFFICES

KOONZ MCKENNEY

JHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1

0300 EATON PLACE, SUITE 200

FAIRFAX, VIRGINIA 22030

(703) 218-4410

expenses for medical care and attention; has suffered substantial injury that has significantly affected his ability to perform his customary daily activities; and has suffered, and will continue to suffer, physical pain and mental anguish.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Joshua Levinson, demands judgment against Defendant WMATA, in the fair and just amount of Three Hundred Thousand Dollars ($300,000.00), plus costs and interest, along with any other relief this Court deems just and proper.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
& DEPAOLIS, LLP

By: _____
Justin M. Beall, Esq. #502394
10300 Eaton Place, Suite 200
Fairfax, Virginia 22030
P: (703) 218-4410
F: (703) 218-4411
Email: Jbeall@koonz.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff respectfully requests a jury trial as to all issues alleged herein.

_____
Justin M. Beall

LAW OFFICES

KOONZ MCKENNEY
JOHNSON & DEPAOLIS LLP
WILLOW WOOD PLAZA 1

10300 EATON PLACE, SUITE 200

FAIRFAX, VIRGINIA  22030

(703) 218-4410