## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Joshua Levinson                                           )
                                                          )
                              Plaintiff,                   )
                                                          )          CASE NO. 1:22-cv-840
          v.                                              )
                                                          )
WASHINGTON METROPOLITAN                                   )
AREA TRANSIT AUTHORITY                                    )
                                                          )
                                                          )
                              Defendant.                   )

## DISCLOSURE OF CORPORATE AFFILIATIONS & FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for WMATA, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of WMATA, which have any outstanding securities in the hands of the public.

NONE

These representations are made in order that judges of this Court may determine the need for recusal.

/s/ Nicholas L. Phucas
Nicholas L. Phucas #475163
Senior Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C.   20001
(202) 962-2886
(202) 962-2550 (facsimile)

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Disclosure was electronically filed and mailed, first class, postage prepaid this 29th day of March, 2022, to:

Justin Beall
10300 Eaton Place
Suite 200
Fairfax, Virginia   22030

/s/    Nicholas L. Phucas
Nicholas L. Phucas #475163

2