**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Joshua Levinson )<br><br>      Plaintiff, )<br> )<br> )<br>v. )<br> )<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br> )<br> )<br>      Defendant. ) | CASE NO. 1:22-cv-840 DLF |

JOINT REPORT PURSUANT TO CIVIL RULE 16.3

The parties hereby submit their Joint Rule 16.3 Report.  Counsel for the parties conferred on May 6, 2022.

STATEMENT OF THE CASE

This matter involves a personal injury claim by Plaintiff who alleges that he was struck by a WMATA vehicle while he was riding a bicycle on January 7, 2021, in Northwest, Washington, D.C.

1. Dispositive Motions.  The parties reserve the right to file dispositive motions.

2. Joinder of Parties/Amended Pleadings.  Joinder and amendments should be completed by July 20, 2022.

3. Magistrate Judge.  The parties do not consent to having the case reassigned to a Magistrate Judge.

4. Settlement.  The parties will evaluate the possibilities of settlements.  However, at this time, the parties are not in a position to resolve the case and discovery should proceed.

5. ADR. The parties do not believe that early mediation would be beneficial.

6. <u>Dispositive Motions</u>.  <u>See</u> No. 1.  The parties suggest a dispositive motions deadline of February 21, 2023.

7. <u>Initial Disclosures</u>.  The parties agree to exchange initial disclosures by June 21, 2022.

8. <u>Discovery</u>.  The parties suggest that the court allow until January 20, 2023, for completion of discovery. The parties do not believe discovery need be conducted in phases

9. <u>Electronic discovery</u>:  Although the parties don't anticipate discovery of electronically stored information, at this time, if the issue arises, the parties agree that this discovery will be governed by the Federal Rules of Civil Procedure and this Court's rules.

10. <u>Attorney client</u>: The parties will discuss terms of a mutual protective order.

11. <u>Experts</u>.  Plaintiff shall designate experts by September 20, 2022.  Defendants shall designate experts by November 21, 2022.

12. <u>Class Actions</u>.   Not applicable.

13. <u>Bifurcation</u>.  Not applicable.

14. <u>Pretrial Conference</u>.  The parties request that a pretrial conference date be set, if necessary, after the court rules on any dispositive motions.

15. <u>Trial Date</u>.  The parties request that a trial date be set at the pretrial conference.

16. <u>Other Matters</u>. None.

/s/ *Nicholas L. Phucas*
Nicholas L. Phucas, #475163
WMATA
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-6090
(202) 962-2550 (facsimile)
eallison@wmata.com
*Attorneys for Defendant*

/s/ *Justin Beall*
Justin Beall #502394
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C.  20006
(202) 659-5500
jbeall@koonz.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Report Pursuant to Local Civil Rule 16.3

was electronically transmitted this 20th day of May, 2022 to:

Justin Beall
2001 Pennsylvania Ave., N.W.
Suite 450
Washington, D.C.  20006

/s/ *Nicholas L. Phucas*___
Nicholas L. Phucas

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Joshua Levinson                              )
                                             )
            Plaintiff,                       )
                                             )      CASE NO. 1:22-cv-840
      v.                                     )
                                             )
WASHINGTON METROPOLITAN                      )
AREA TRANSIT AUTHORITY                       )
                                             )
                                             )
            Defendant.                       )


ORDER

Upon consideration of the parties Joint Report Pursuant to Civil Rule 16.3, it is by the

Court this ____ day of _____, 2022:

ORDERED, that the following schedule will govern further proceedings in this case.

1.  Any joinder of additional parties or amendment of pleadings be made by July 20, 2022.

2.  Plaintiff shall designate his experts, if any, by September 20, 2022.

3.  Defendant shall designate its experts, if any, by November 21, 2022.

4.  All discovery shall be completed by January 20, 2023.

5.  Dispositive motions shall be filed by February 21, 2023.

6.  The deadline for initial disclosures shall be June 21, 2022.


_____
Judge Dabney L. Friedrich
U.S. District Court, District of Columbia